# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN LACOMBE

VERSUS

PROTECTIVE INSURANCE
COMPANY, FEDEX GROUND
PACKAGE SYSTEM, INC., TLC
TRUCK EXPRESS, INC., AND
JOHN DAVID GUERIN

NO.  2023 CW 0764

**AUGUST 24,2023**

---

In Re:    FedEx Ground Package System, Inc., TLC Truck Express, Inc., and John David Guerin, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 81540.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

**JEW**
**EW**

**Holdridge, J.,** concurs and would deny the writ application on the showing made.  It appears that some of the notes pertain to medical care and would not be hearsay under La. R.S. 13:3714. Other notes, however, may be hearsay and should be excluded and not admitted into evidence.  This determination as to the admissibility of the notes in question should be made at the trial on the merits since they may be admissible for impeachment or other purposes.

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT